ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK CSBN 131517
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JESSE M. CORTEZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant | No. CV 11-1142 FFM <br><br> **[PROPOSED] ORDER OF REMAND SENTENCE SIX** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 6 of 42 U.S.C. § 405(g) ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: September 20, 2011

   /S/ FREDERICK F. MUMM_____
HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE